Cite as 2020 Ark. 304
# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDED ADMINISTRATIVE PLANS FOR THE NINTH JUDICIAL DISTRICT COURT AND THE THIRTIETH JUDICIAL DISTRICT COURT | **Opinion Delivered** October 1, 2020 |

**PER CURIAM**

Administrative Order No. 18 requires a state district court or a local district court to prepare an administrative plan when the court operates a specialty court program, when multiple judges preside in the district, or when the court has multiple venues in the district. Pursuant to Administrative Order No. 18, amended administrative plans have been submitted by the Ninth District which is composed of the District Court of Faulkner County and the District Court of Van Buren County, and the Thirtieth District which is composed of the District Court of Lonoke County. The amended administrative plans for these state district courts have been approved as submitted. Both amended administrative plans are effective January 1, 2021.